■ In the Matter of THOMAS MICHAEL PHELAN, an Attorney. [44 NYS3d 778]—

Per Curiam. Thomas Michael Phelan was admitted to practice by this Court in 1967 and lists a business address in Cape May, New Jersey with the Office of Court Administration. Phelan now seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Phelan's application.

Upon reading the affidavit of Phelan sworn to September 9, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Phelan is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

McCarthy, J.P., Lynch, Clark, Mulvey and Aarons, JJ., concur. Ordered that Thomas Michael Phelan's application to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Thomas Michael Phelan's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that Thomas Michael Phelan shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.